UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCIS ANTHONY HUMES,

    Petitioner,

v.

MONTEREY COUNTY JAIL,

    Respondent.

Case No. 21-05123 BLF (PR)

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 10, 2021

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.21\05123Humes_judgment